```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 15499
   JOE C ARTEAGA
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-0938
```

---
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 08/27/07 and confirmed on 11/07/07.

   2.   The case was dismissed after confirmation, 08/29/2008.

   3.   The Debtor paid a total of $   3880.00 .

   4.   The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 10765.89 | .00 | 593.67 |
| COUNTRYWIDE FINANCIAL | SECURED | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 3786.73 | .00 | 208.81 |
| MELISSA NURENBERG | CHILD SUPPORT | NOT FILED | .00 | .00 |
| REBECCA JAMES | CHILD SUPPORT | NOT FILED | .00 | .00 |
| FINANCIAL PLUS CREDIT UN | UNSECURED | 6155.50 | .00 | .00 |
| FINANCIAL PLUS CREDIT UN | UNSECURED | NOT FILED | .00 | .00 |
| STREATOR ONIZED CREDIT U | UNSECURED | 10365.88 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 609.47 | .00 | .00 |
| AFNI/VERIZON | UNSECURED | 364.40 | .00 | .00 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 14552.62 | .00 | 17495.25 | .00 | 32047.87 |
| PRINCIPAL PAID | 802.48 | .00 | .00 | .00 | 802.48 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 802.48 | .00 | .00 | .00 | 802.48 |

The Debtor's attorney, JOHN A REED                        , was allowed $   3500.00
and was paid $    626.00  direct and $   2874.00   through the plan.

The Trustee received $     203.52 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 11/13/08                          /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```

```
                         PAGE  2
     CASE NO. 07 B 15499 JOE C ARTEAGA
```